IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED
MAY 15 2018
Clerk, US District Court
District of Montana - Billings

PAMELA JACKSON,

    Plaintiff,

vs.

BILLINGS CLINIC and
CHRISTOPHER GOULET, MD

    Defendants.

Cause No.: 1:18-CV-00083-SPW

**ORDER GRANTING UNOPPOSED MOTION TO WITHDRWAW NOTICE OF REMOVAL AND REMAND**

Defendants Billings Clinic and Christopher Goulet, MD filed an Unopposed Motion to Withdraw Notice of Removal and Remand (Doc. 2). For good cause being shown,

IT IS HEREBY ORDERED that the Notice of Removal (Doc. 1) is WITHDRAWN and this matter is remanded to the Thirteenth Judicial District, State of Montana.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 15th day of May, 2018.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Court Judge